IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs  )<br>  )<br>DOUGLAS RYDBERG,  )<br>  )<br>Defendant.  ) | Case No. 4:01CR3058<br><br>**MEMORANDUM<br>AND ORDER** |

Given the violation of supervised release regarding Mr. Rydberg in another case (4:01CR72) and the resulting prison sentence, with no supervised release to follow, imposed in that other case, the question arises as to Mr. Rydberg's status regarding supervised release in this case.[1]  After consultation with counsel, and hearing no objection from them,

IT IS ORDERED that Douglas Rydberg's term of supervised release in this case is terminated.  A copy of this memorandum and order shall be provided to AUSA Susan Lehr, AFPD John Vanderslice, and USPO Harriette Washington.

January 5, 2006.                    BY THE COURT:

                        *s/Richard G. Kopf*
                        United States District Judge

---

[1] There is no supervised release violation petition pending against Mr. Rydberg in this case.